# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>Christy Luann Corlett<br><br><br>Debtor(s). | C/A No. 19-01847-hb<br>Chapter 13<br><br>**ORDER LIFTING**<br>**THE AUTOMATIC STAY** |

This matter is before the Court on the certification of U.S. Bank Trust National Association as Trustee for Treehouse V Trust ("Movant") that Debtor(s) did not comply with the settlement order entered by the Court on April 25, 2022 by failing to make required payments, as follows: January 1, 2023 through February 1, 2023, regular mortgage payments at 459.61 each, less suspense balance of 43.89; total amount to cure default is 875.33.  Movant has waived any claim arising under 11 U.S.C. §§ 503(b) and 507(b).  Based upon the certification of Movant, the stay is lifted as to Real Property.  Movant may send any required notice to the Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**03/06/2023**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 03/06/2023